1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

| | |
|---|---|
| HABIB HOGUE, | Case No.: 3:23-cv-00652-ART-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 24 |
| SCOTT DAVIS, | |
| Defendants | |

9       When Plaintiff filed this action, he was an inmate in custody of the Nevada Department

10   of Corrections (NDOC). The court screened his pro se civil rights complaint and allowed him to

11   proceed with claims under the First Amendment Free Exercise Clause, the Religious Land Use

12   and Institutionalized Persons Act (RLUIPA), the Equal Protection Clause, and conspiracy under

13   42 U.S.C. § 1983. (ECF No. 5.) Plaintiff subsequently filed an amended complaint, which

14   Defendants answered. (ECF Nos. 12, 15.) The court held a case management conference on

15   December 4, 2024 (ECF No. 21), and issued a scheduling order that same day (ECF No. 22).

16   Under the scheduling order, discovery closed on June 2, 2025, and dispositive motions are due

17   today, July 2, 2025. Yesterday, Defendants filed a motion for extension of time of 44 days, until

18   August 1, 2025, to file their motion for summary judgment due to medical and family

19   emergencies of defense counsel. (ECF No. 24.)

20       That motion was returned as undeliverable with a notation that Plaintiff had been

21   discharged. (ECF No. 25.) NDOC's inmate search portal also reflects that Plaintiff has been

22   discharged/released.

23

Under Local Rule IA 3-1, Plaintiff is required to immediately file with the court written notification of any change in his contact information. The failure to do so may result in dismissal of this action, entry of default judgment or other appropriate sanction. LR IA 3-1.

Plaintiff has until **July 23, 2025**, to file updated contact information with the court. If he fails to do so, it will be recommended that this action be dismissed without prejudice.

Defendants' motion for an extension of time to file their motion for summary judgment (ECF No. 24) is **GRANTED**. However, the court will not set a date, if at all, until after the time expires for Plaintiff to file his updated contact information.

**IT IS SO ORDERED**.

Dated: July 2, 2025

_____
Craig S. Denney
United States Magistrate Judge

2